PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | James L. BRENDEL |
| **Docket Number:** | 2:00CR00584-01 |
| **Offender Address:** | Imperial, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 01/16/2002 |
| **Original Offense:** | 18 USC 1341 and 2 - Mail Fraud, Aiding and Abetting (CLASS D FELONY) |
| **Original Sentence:** | 12 mos. and 1 day BOP; 36 mos. TSR; $100 Special Assessment; $22,618.00 Restitution |
| **Special Conditions:** | Warrantless search; Not dissipate assets; Financial disclosure; Financial restrictions; Mental health treatment; Co-payment plan; Cooperate with IRS; Not attempt to discharge restitution through bankruptcy proceedings. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 01/24/2003 |
| **Assistant U.S. Attorney:** | Norman Wong    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Steven Bauer    **Telephone:** (916) 447-8262 |
| **Other Court Action:** | None |

**RE:    James L. BRENDEL**
       **Docket Number:   2:00CR00584-01**
       <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     IRREGULAR FINE/RESTITUTION PAYMENTS**

**Details of alleged non-compliance:**  Although Mr. Brendel is self-employed as a boat builder and is quite gifted in this occupation, he never appeared to have been able to turn any sort of profit.  Rather, Mr. Brendel continued to take on projects and was unable to finish any of them, ultimately resulting in nonpayment of any services he may have rendered.  Ultimately, it was Mr. Brendel's inability to maintain any sense of order for his business and actually complete one project before jumping to the next that has resulted in minimal payments on his restitution.  To exacerbate matters, he was recently evicted from his warehouse in Dixon and has relocated to Imperial County located in the Southern District of California.  Although Mr. Brendel owns several thousand of dollars worth of boat building materials, it would make little to no sense to have Mr. Brendel forfeit the tools of his trade.  Due to the aforementioned, it is this officer's opinion that Mr. Brendel made an honest attempt to make payments towards his restitution but that it was beyond his capabilities.  The current restitution balance is $22,103.00.

**United States Probation Officer Plan/Justification:**  With the exception of payment of restitution in full, Mr. Brendel has satisfied all special conditions of supervision.  It is recommended that his supervision be allowed to expire as scheduled on January 23, 2006.  The United States Attorney's Office Financial Litigation Unit will be notified and a copy of the judgment and commitment order will be provided so that they may pursue collection as permitted by statute.

RE:     James L. BRENDEL
        Docket Number:   2:00CR00584-01
        **REPORT OF OFFENDER NON-COMPLIANCE**

Respectfully submitted,

/s/Matthew M. Faubert
**MATTHEW M. FAUBERT**
**United States Probation Officer**
Telephone:  (916) 930-4308

DATED:  January 4, 2006
        Sacramento, California
        MMF/cp

REVIEWED BY:   /s/Kyriacos M. Simonidis
               **KYRIACOS M. SIMONIDIS**
               **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

[x]    The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

Date: January 6, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:    United States Probation
       Norman Wong, Assistant United States Attorney
       Steven Bauer, Assistant Federal Defender

Attachment:  Presentence Report   (Sacramento only)